AO 93B (Rev. 11/13) Anticipatory Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>8:21-MJ-00722 | Date and time warrant executed:<br>10/27/21   1750 hours | Copy of warrant and inventory left with:<br>CHI THI KIM TRAN |
| Inventory made in the presence of : BRYAN NGUYEN | | |
| Inventory of the property taken and name of any person(s) seized:<br>SUBJECT PARCEL | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/28/21

_____
Executing officer's signature

BINH DANG
_____
Printed name and title